*Jo Ann Sulik*, assistant state's attorney, in opposition.

Decided June 16, 1999

## STATE OF CONNECTICUT *v.* CHARLES BOSTWICK

The defendant's petition for certification for appeal from the Appellate Court, 52 Conn. App. 557 (AC 17927), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that a violation of probation need not be wilful in order to justify a revocation of probation?"

The Supreme Court docket number is SC 16127.

*Robert M. Berke*, assistant public defender, in support of the petition.

*Margaret Gaffney Radionovas*, assistant state's attorney, in opposition.

Decided June 16, 1999

